■ The People of the State of New York, Respondent, v Peter Lee, Appellant. [704 NYS2d 851] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 27, 1997 (People v Lee, 243 AD2d 728), affirming a judgment of the County Court, Nassau County, rendered November 21, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Ritter, J. P., S. Miller, Krausman and Goldstein, JJ., concur.